**RECEIVED**

JUL 1 1 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

**IN THE DE JURE SUPERIOR COURT UNITED DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA**

**File on Demand**

Case no. 7:17-mc-6-KS

| | |
|---|---|
| i, an aggrieved woman:Joyce Loney<br>Private Prosecutor, Claimant | Nature of case: claim<br>Claim: Cause of action, Trespass,<br>FCRA (Fair Credit Reporting Act)<br>Causing Harm and Injury |
| Equifax Information Services LLC<br>Experian Information Solutions Inc<br>Transunion LLC<br>        Defendants | |

---

**FIRST CAUSE OF ACTION - TRESPASS**
i, verify, all herein be true…

**DEMAND HEREIN**

Claim: Trespass, FCRA (Fair Credit Reporting Act)

**ACTIONS FOR TRESPASS**

**PARTIES**

1.     COMES now, i, an aggrieved woman:i, Joyce Loney ("Loney") a people of North Carolina, hereinafter claims, in this court of record and complains of each of the following: Equifax Information Services LLC ("EQUIFAX"); Experian Information Solutions Inc ("EXPERIAN"); and Transunion LLC ("TRANS UNION"),hereinafter Defendants who are each summoned to answer said action in a plea of trespass.

**INTRODUCTION**

2.     Each Defendant has refused to properly identify the source of public record information regarding a bankruptcy listing.

3.     Each Defendant is  misrepresenting the source of the public record information (such as bankruptcies, tax liens and civil judgments) it places on their consumer reports, a violation of FCRA.

4.     Each Defendant knowingly and willfully misrepresents the listings on credit reports making it more difficult for consumers to correct any errors related to the public records.

5. Each Defendant has never actually retrieved public records from courthouses or government offices, but instead collects the information from private businesses.

6. Each Defendant "Nevertheless, on its credit reports that it provides to consumers, and which it calls 'personal credit reports,' falsely lists the names and addresses of courthouses, other government offices or other sources as the true 'source' of its public records information.

7. Each Defendant allegedly receives only a "distilled version" of the records from the vendors, and these records often have not been updated or contain errors

8. Each Defendant has refused to adequately investigate consumer disputes regarding the status of discharged accounts.

9. Each Defendant refused to mark claimants report as disputed.

10. Each Defendants failed to take reasonable steps to ensure accuracy in reporting.

11. Each Defendants failed to properly reinvestigate the disputes,

12. Each Defendant acted in such a way to deprive Claimant of her liberty and privacy with their continued reporting and not reinvestigating.

13. Each Defendants trespassed by willfully and knowingly violating the FCRA.

14. Claimant in all of her "good faith" efforts, wishes and demands to settle the matters of controversy on the private side, have been met by way of silence.

15. Each Defendants violated FCRA for failure to correct the dispute within the fifth business day after the date of dispute or to correct the item in the relevant file.

16. Claimant requires compensation for the initial and continued trespass upon my rights of $100 per day from first day of dispute until date settled. Payable, due forthwith and is to be paid in full within 21 days after wrongdoers have been served this claim, to prevent further damages from accruing

17. Each Defendant violated the Fair Credit Reporting Act ("FCRA") by inserting the alleged debts on her (3) three credit reports without verifying the alleged debts, causing her harm and injury by being denied a job, housing, higher insurance rates and credit.

<u>All correspondence will be in writing, there will no oral arguments.</u>

## PRAYER FOR RELIEF

Claimant brings her suit.

WHEREFORE, Claimant requests relief and judgement against Defendants as follows:

WHEREFORE, Claimant prays judgment against Defendants and each of them, as follows:

For FCRA violations of $1,500 per day first day of inserting on credit report until the day the issues before this court until the day settled in this court.

That the court enter a declaratory judgment against Defendants for the harm and injury caused to Claimant;

That the court grant Claimant such other further relief as the court seems proper;
For interest as allowed by law;

For cost of suit;

I declare under penalty of perjury in the United States of America that the foregoing facts are true and correct to the best of my knowledge.

Respectfully submitted this _10th_ day of _Jul_, 20_17_

I am, without prejudice UCC 1-308

By: Joyce Loney
4956 Longbeach Rd, SE
STE #14 PMB 362
Southport, NC 28461

JLONEY2012@gmail.com